UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KECITE RENEE SMITH | CIVIL ACTION |
| VERSUS | NO. 24-1892 |
| COVINGTON POLICE DEPARTMENT, *et al.* | SECTION M (1) |

## ORDER

Having considered the complaint, the record, the applicable law, the magistrate judge's Report and Recommendation ("R&R"),[1] and the failure of any party to file an objection to the R&R, the Court hereby approves the R&R and adopts it as its opinion in this matter. Therefore,

IT IS ORDERED that plaintiff's complaint is DISMISSED WITH PREJUDICE as frivolous and/or for failure to state a claim on which relief may be granted.

New Orleans, Louisiana, this 4th day of December, 2024.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 11.